371 A.2d 517

Guinan, Appellant, v. Kern et al.

Argued September 17, 1976. Edward J. O'Halloran, for appellant; Donald H. Lipson, submitted a brief for appellees, Donna Ray Kern, Allen Kern, and Rose Kern; William

G. Ross and Robert H. Littner, submitted a brief for appellees Ralph Kressley and Kressley's Arco Service Station; Edward C. McCardle, for additional defendant, Thomas Guinan; Thomas A. Wallitsch, submitted a brief for appellee, Edward Zinggeler.

Judgment affirmed.